[No. 15265–3–I. Division One. June 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD TEATROY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–02601–2, H. Joseph Coleman, J., entered July 25, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 13566–0–I. Division One. June 2, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES W. BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 3288, Richard L. Pitt, J., entered August 19, 1983. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson, J., and Holman, J. Pro Tem.

[No. 13697–6–I. Division One. June 2, 1986.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent,* v. CLIFFORD S. ROBERTSON, *Appellant.*

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent,* v. TERRY N. RASMUSSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–09027–1, Frank L. Sullivan, J., entered August 4, 1983. *Reversed* and *remanded* by unpublished opinion per Scholfield, C.J., concurred in by Grosse, J., and Holman, J. Pro Tem.